5 So.2d 849
**Robert McDONALD v. STATE.**
**4 Div. 671.**

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 923
**Raymond McGEE v. STATE.**
**8 Div. 57.**

Court of Appeals of Alabama.
June 24, 1941.

Rehearing Denied Oct. 7, 1941.

F. S. Parnell, of Florence, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 849
**Freeman McGUIRE v. STATE.**
**7 Div. 661.**

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 171
**E. A. McGRUDER, alias E. E. McGula, v.**
**STATE.**
**1 Div. 440.**

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

1 So.2d 925
**Irby McKEE v. STATE.**
**8 Div. 29.**

Court of Appeals of Alabama.
April 8, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.